

FILED & JUDGMENT ENTERED
David E. Weich

Mar 13 2008

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_George R. Hodges_
George R. Hodges
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

IN RE:

KAYE S. YAFFE

SSN#: XXX-XX-9224

Chapter 13

CASE NO:   07-32469

Related Document Number: 18

## ORDER

ON 03/11/2008, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Objection to Confirmation of Plan; Motion to Dismiss

**AND, THIS COURT FINDS** that:

[ Y/N ] Debtor present  [ Y/N ] PETER J. UNDERHILL  present

[  ] Plan payments are in substantial default.

[  ] Debtor can resume payments in _____.

[  ] _____.

**IT IS, THEREFORE, ORDERED** that:

[  ] Case is hereby dismissed.

[  ] Objection is sustained/overruled/withdrawn/settled.

[  ] Upon future default, case may be dismissed/converted without further
notice for _____.

[  ] Plan payments are changed to $_____ per month.

[  ] Plan composition percentage is set at _____%.

[  ] Plan term set at _____months; minimum unsecured dividend is adjusted as necessary.

[  ] Attorney for debtor allowed presumptive, non-base fee of $_____.

[ ✓ ] Hearing is continued to _____3/25/08_____.

[  ] Motion is allowed/denied/withdrawn/satisfied.

[  ] _____.

### CERTIFICATE OF SERVICE

Registered users of CM/ECF were served electronically, and all other
parties were served by United States first class mail, postage prepaid
on March 12, 2008.

L. Wilkins

This Order has been signed electronically. The
Judge's signature and Court's seal appear at
the top of the Order.

KAYE S. YAFFE, 4341 SEQUOIA RED LANE,  CHARLOTTE, NC
28226-9223

_____
UNITED STATES BANKRUPTCY COURT JUDGE