FILED & JUDGMENT ENTERED
David E. Weich

Mar  13  2008

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

IN RE:  Kaye S. Yaffe    )
           )
           )  Case No:  07-32469
           )
           )  Chapter 13
           )
     Debtor(s).  )
           )

## NOTICE AND ORDER OF VOLUNTARY DISMISSAL

**TAKE NOTICE** that the above-referenced debtor(s) has filed a notice or motion seeking to dismiss this case, and it appears that this case has not been converted previously under 11 U.S.C. § 706, § 1112, or § 1208.

**NOTICE IS FURTHER GIVEN AND IT IS ORDERED** that the Debtors' case is hereby **DISMISSED**.

This order has been signed electronically.   United States Bankruptcy Judge
The judge's signature and court's seal
Appear at the top of the order.